IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. ___**06 - CV - 01738**___

SEP 1 - 2006

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

~~~~~~~~~~ GRAM
CLERK

DONALD B. ANDREWS,

      Applicant,

v.

STATE OF COLORADO LOU ARCHULETA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

---

      Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, and an Application for a Writ

of Habeas Corpus Pursuant to 28 U.S.C. § 2254. As part of the court's review pursuant

to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are

deficient as described in this order. Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action. Plaintiff will be directed to cure the

following if he wishes to pursue his claims. Any papers which the Plaintiff files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __     is not submitted
(2)   __     is missing affidavit

Dockets.Justia.com

(3)   <u>X</u>   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>Account statement submitted is not certified by a prison official</u>.)

(4)   __   is missing required financial information

(5)   __   is missing an original signature by the prisoner

(6)   __   is not on proper form (must use the court's current form)

(7)   __   names in caption do not match names in caption of complaint, petition or habeas application

(8)   __   An original and a copy have not been received by the court. Only an original has been received.

(9)   __   other _____

**Complaint, Petition or Application:**

(10)   __   is not submitted

(11)   __   is not on proper form (must use the court's current form)

(12)   __   is missing an original signature by the prisoner

(13)   __   is missing page nos. ___

(14)   __   uses et al. instead of listing all parties in caption

(15)   __   An original and a copy have not been received by the court. Only an original has been received.

(16)   __   Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)   __   names in caption do not match names in text

(18)   __   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the application and

2

the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 30th day of August _____, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 01738** – *BNB*

Donald B. Andrews
Prisoner No. 60407
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on ___G-1-06___

GREGORY C. LANGHAM, CLERK

By: _____
                     Deputy Clerk