IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01738-WDM-MEH

DONALD B. ANDREWS,

    Applicant,

v.

STATE OF COLORADO - LOU ARCHULETA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 22, 2007.**

    For good cause shown, the Applicant's alternative Motion for Leave to File Traverse [Filed May 17, 2007; Docket #17-2] is **granted**. Applicant shall have until and including June 15, 2007, in which to file his traverse in this matter.