IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01738-WDM-MEH

DONALD B. ANDREWS,

    Applicant,

v.

STATE OF COLORADO - LOU ARCHULETA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 6, 2007.**

    Applicant's Motion to Withdraw Motion for Dismissal Without Prejudice [Filed June 5, 2007; Docket #24] is **granted**. The Clerk of the Court is directed to terminate motion #17, as well as the Recommendation for Dismissal without prejudice #22.

    The Application for Habeas is now fully briefed, and the Court will issue a Recommendation limited to Applicant's Claims 1 and 2, because Applicant has abandoned Claim 3, in due course.